UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 2, 2012

No. 10-4092

United States of America

v.

Neal D. Saferstein, Appellant

(E.D. Pa. No. 07-cr-00557-001)

Present:  FISHER, GREENAWAY, Jr., Circuit Judges and Jones, District Judge

  1.  Motion by Appellant to publish opinion dated 1/26/12

  2.  Response by Appellee in opposition.

Respectfully,
Clerk/tyw

_____ORDER_____

The foregoing motion is granted.

By the Court,

**/s/Joseph A. Greenaway, Jr.**
**Circuit Judge**

Dated:  February 24, 2012
TYW/smw/cc:    Peter Goldberger, Esq.
                  Stephen R. LaCheen, Esq.
                  Jason Bologna, Esq.
                  Jennifer A. Williams, Esq.

**A True Copy:**

Marcia M. Waldron, Clerk